# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS MONTANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-154-GF-BMM |
| Plaintiff, | ORDER |
| vs. | |
| CHARLES LLOYD WILLIAMS, | |
| Defendant. | |

Defendant Charles Lloyd Williams, having filed a Motion to Appear via Video (Zoom) for Motion Hearing, there being no objection from the Government;

IT IS HEREBY ORDERED the Defendant, Charles Lloyd Williams may appear via video using Zoom for the Motion Hearing, currently scheduled for February 4, 2021, at 11:00 a.m.

DATED this 4th day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court

1